DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

BRIAN KEITH SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3433
_____

September 6, 2023

Appeal from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.